# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| HURDLE HELTON, Administrator of the Estate of Elizabeth Helton, ) ) ) Plaintiff, ) ) v. ) ) SUNTRUST BANK, et al., ) ) Defendants. ) | No. 3:07-CV-188 (Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for remand by defendant Wood Brothers Construction Company. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that defendant's motion to remand is hereby **GRANTED**, and this action is **REMANDED** to the Circuit Court for Knox County, Tennessee.

Dated at Knoxville, Tennessee, this _____ day of January, 2008.

                                               s/ Patricia L. McNutt
                                                     Clerk of Court